IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 07-cr-00276-WYD-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

BRANSON CLYDE SAVAGE,

        Defendant.

---

**ORDER CONTINUING SUPERVISED RELEASE**

---

    THIS MATTER was before the court on report of the probation officer following a supervised release violation hearing.  The defendant admits to violating supervised release as alleged in the probation officer's petition, and the court finds that the defendant has violated the terms and conditions of supervision.  Accordingly, it is

    ORDERED that the defendant's supervised release will be extended for an additional 180 days, and that the defendant shall complete the remainder of his 200 hours of community service by November 12, 2007.

    IT IS FURTHER ORDERED that all previously imposed conditions shall remain in full force and effect.

    DATED at Denver, Colorado, this 6th day of November, 2007.

                      BY THE COURT:

                      s/ Wiley Y. Daniel
                      WILEY Y. DANIEL
                      U.S. District Judge