IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 07-cr-00276-WYD-01

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

BRANSON CLYDE SAVAGE,

       Defendant.

---

ORDER CONTINUING SUPERVISED RELEASE

---

       THIS MATTER was before the court on report of the probation officer following a supervised release violation hearing on January 3, 2008. The defendant admits to violating supervised release as alleged in the probation officer's petition, and the court finds that the defendant has violated the terms and conditions of supervision. Accordingly, it is

       ORDERED that the defendant's supervised release will be continued for the remaining time of 180 days, from October 12, 2007, with an expiration date of April 6, 2008. The defendant also spent 13 days in custody. It is

       ORDERED that the defendant shall participate in a program of testing and treatment for drug and alcohol abuse, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. The defendant will be required to pay the cost of treatment as directed by the probation officer. It is

       Further ORDERED that all previously imposed conditions remain in full force and effect.

       DATED at Denver, Colorado, this 11th day of January, 2008.

       BY THE COURT:


       s/ Wiley Y. Daniel
       WILEY Y. DANIEL

United States District Judge